IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROVER PIPELINE LLC,

      Plaintiff,                        17cv0170
                                             ELECTRONICALLY FILED

      v.

ROVER TRACT NO. PA-WA-HL-004.500T
*COMPRISED OF PERMANENT EASEMENT(S)
TOTALING 0.9 ACRES, MORE OR LESS, AND
TEMPORARY EASEMENT(S) TOTALING 1.33 ACRES,
MORE OR LESS, OVER A PARCEL OF LAND IN
HANOVER TOWNSHIP, WASHINGTON COUNTY,
PENNSYLVANIA, TOTALING 49.571 ACRES, MORE
OR LESS,*

JAMES M. BUCHANAN AND DIANE ZACK
BUCHANAN FARM #4 LP

ET AL.,

      Defendants.

## RULE TO SHOW CAUSE

On August 23, 2017, this Court appointed three Commissioners in accordance with Fed.R.Civ.P. 71.1(h)(2) to handle this condemnation action in lieu of a jury trial.  Doc. no. 95. To date, these Commissioners have filed two reports with this Court and the second report indicated that fees owed to the Commissioners by one of the Parties, the Old Wilson Land Trust remained unpaid.  Doc. no. 101.  Therefore, on August 3, 2018, this Court ordered the Old Wilson Land Trust to pay the Commissioners by September 3, 2018, "or suffer further Action of the Court . . . ."  Doc. no. 103.

Presently before the Court is the Commissioners' Motion to Enforce Order of August 3, 2018 (doc. no. 104), requesting that this Court direct The Old Wilson Land Trust to pay the fees it owes to the Commissioners.

**AND NOW,** this 3rd day of October, 2018, upon review of the Motion to Enforce Order of August 3, 2018 (doc. no. 104), filed on behalf of the three Commissioners who were appointed in accordance with Fed.R.Civ.P. 71.1(h)(2), and for the foregoing reasons, by this **RULE TO SHOW CAUSE, IT IS HEREBY ORDERED** that on or before October 16, 2018, The Old Wilson Land Trust shall file a statement of reasons as to why it and/or its counsel should not be adjudged in civil contempt for failure to comply with this Court's Order of August 3, 2018.

        s/ Arthur J. Schwab
        Arthur J. Schwab
        United States District Court Judge

cc:    All ECF registered counsel of record
        Andrea Geraghty, Esquire
        LuAnn Datesh, Esquire
        Thomas T. Frampton, Esquire

        <u>also via U.S. Mail to</u>:
        Lawrence E. Bolind , Jr., Esq.
        238 Main Street
        Imperial, PA 15126